UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANFORD ABRAMS, <br> 7719 Harford Road <br> Baltimore, MD 21234, <br><br> Plaintiff, <br><br> v. <br><br> CARL J. TRUSCOTT, <br> Director, Bureau of Alcohol, Tobacco, <br>   Firearms & Explosives <br> 650 Massachusetts Ave., NW <br> Washington, DC 20226, <br><br> Defendant. | Civil Action No.: 06-643 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

ALAN BURCH, D.C. Bar # 470655<br>
Assistant United States Attorney<br>
555 4th St., N.W.<br>
Washington, D.C. 20530<br>
(202) 514-7204<br>
alan.burch@usdoj.gov