UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANFORD ABRAMS,            )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>CARL J. TRUSCOTT,           )<br>Director, Bureau of Alcohol, Tobacco, )<br>    Firearms & Explosives   )<br>                            )<br>    Defendant.              )<br>                            ) | Civil Action No.: 06-643 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that this case is dismissed for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1). This is a final and appealable order.

So ordered this _____ day of _____ 2006.


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge