IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANFORD ABRAMS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-643 (CKK) |
| | ) | |
| CARL J. TRUSCOTT | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

COMES NOW Plaintiff, by counsel, and moves the court to extend until July 10, 2006 the time within which Plaintiff may respond to Defendant's Motion To Dismiss Or, In The Alternative, To Transfer.

This motion is made as the parties are discussing settlement and are hopeful that the matter will be settled without further litigation.

Counsel for Defendant consents to the granting of this motion.

Respectfully submitted,

Sanford Abrams
By counsel

 /s/
Richard E. Gardiner
Suite 404
10560 Main Street
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)