```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

SANFORD ABRAMS              )
                            )
     Plaintiff              )
                            )
        v.                  )    Civil Action No. 06-643 (CKK)
                            )
CARL J. TRUSCOTT            )
                            )
     Defendant              )
```

**MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

COMES NOW Plaintiff, by counsel, and moves the court to extend until July 17, 2006 the time within which Plaintiff may respond to Defendant's Motion To Dismiss Or, In The Alternative, To Transfer.

This motion is made as the parties are continuing to discuss settlement and remain hopeful that the matter will be settled without further litigation.

Counsel for Defendant consents to the granting of this motion.

                                   Respectfully submitted,

                                   Sanford Abrams
                                   By counsel


                                    /s/
                                   Richard E. Gardiner
                                   Suite 404
                                   10560 Main Street
                                   Fairfax, VA 22030
                                   (703) 352-7276
                                   (703) 359-0938 (fax)