```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

SANFORD ABRAMS                  )
                                )
     Plaintiff                  )
                                )
          v.                    )    Civil Action No. 06-643 (CKK)
                                )
CARL J. TRUSCOTT                )
                                )
     Defendant                  )
```

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff, by counsel, and notifies the court, pursuant to Rule 41(a)(1)(i), that he is dismissing this action.

```
                              Respectfully submitted,

                              Sanford Abrams
                              By counsel


                               /s/
                              Richard E. Gardiner
                              Suite 404
                              10560 Main Street
                              Fairfax, VA 22030
                              (703) 352-7276
                              (703) 359-0938 (fax)
```